# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br>  v.<br><br>STEVE L. CARTER<br>          Defendant | Civil Action No: 16-05811 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                              Respectfully submitted,
                              KML Law Group, P.C.

                              By:_____
                              Rebecca A. Solarz, Esquire
                              BNY Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215)825-6327
                              rsolarz@kmllawgroup.com