IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>STEVE L. CARTER,<br><br>               Defendant. | CIVIL ACTION<br>NO. 16-5811 |

### ORDER

**AND NOW**, this 6th day of December 2016, upon receipt of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 2), it is **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

                                           BY THE COURT:

                                           /s/ Joel H. Slomsky
                                           JOEL H. SLOMSKY, J.